DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

SCOTT R. COMMERSON (State Bar No. 227460)
  scottcommerson@dwt.com
MAYA C. DHARWARKAR (State Bar No. 249702)
  mayadharwarkar@dwt.com

Attorneys for Defendants
AMAZON SERVICES, LLC; AMAZON SERVICES CONTRACTS, INC.; AMAZON PAYMENTS, INC.; and AMAZON CAPITAL SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HEALTHAVE, INC.,<br><br>         Plaintiff,<br><br>   v.<br><br>AMAZON SERVICES, LLC; AMAZON SERVICES CONTRACTS, INC.; AMAZON PAYMENTS, INC.; and AMAZON CAPITAL SERVICES, INC.<br><br>         Defendants. | Case No. 8:18-cv-01466<br><br>**ANSWER TO THE COMPLAINT BY HEALTHAVE, INC.**<br><br>Assigned to the Hon. Cormac J. Carney<br><br>Action Filed:       Aug. 20, 2018 |

Amazon Services Contracts, Inc., Amazon Payments, Inc., and Amazon Capital Services, Inc. (collectively, "Amazon") answers the corresponding paragraphs of the Complaint of Plaintiff Healthave, Inc. as follows:

Amazon denies, generally and specifically, each and every allegation contained in the Complaint, except those specifically admitted, and denies that Plaintiff is entitled to any relief.

1. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, denies them.

2. Amazon admits the allegations in this paragraph.

3. Amazon admits the allegations in this paragraph.

4. Amazon admits the allegations in this paragraph.

5. Amazon admits the allegations in this paragraph.

6. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, denies them.

7. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, denies them.

8. This paragraph contains arguments and legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in this paragraph.

9. This paragraph states the nature of Plaintiff's Complaint and no response is required. Amazon denies that Plaintiff is entitled to any relief.

10. Amazon denies the allegations in this paragraph. After filing this Complaint, Plaintiff initiated an arbitration regarding this dispute with the American Arbitration Association ("AAA") pursuant to the parties' binding arbitration agreement and the arbitration is currently pending before the AAA under Case Number 01-18-0003-9734.

11. Amazon denies the allegations in this paragraph. After filing this Complaint, Plaintiff initiated an arbitration regarding this dispute with the AAA

pursuant to the parties' binding arbitration agreement and the arbitration is currently pending before the AAA under Case Number 01-18-0003-9734.

12. Amazon admits that Plaintiff registered its Amazon seller account in 2014 and, in doing so, accepted the terms and conditions of the Business Solutions Agreement, including the binding arbitration provision set forth in paragraph 19 of the Business Solutions Agreement. (*See* Complaint ¶ 13, quoting arbitration provision.) Amazon lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

13. Amazon admits the allegations in this paragraph.

14. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, except that Amazon admits that Plaintiff registered its Amazon seller account in 2014.

15. Amazon denies the allegations in this paragraph, except that Amazon admits that it blocked Plaintiff's Amazon seller account on or about January 2018.

16. Amazon denies the allegations in this paragraph.

17. Amazon denies the allegations in this paragraph. After filing this Complaint, Plaintiff initiated an arbitration with the AAA regarding this dispute pursuant to the parties' binding arbitration agreement and the arbitration is currently pending before the AAA under Case Number 01-18-0003-9734, and Amazon has appeared through counsel in that arbitration.

18. Amazon denies the allegations in this paragraph. After filing this Complaint, Plaintiff initiated an arbitration with the AAA regarding this dispute pursuant to the parties' binding arbitration agreement and the arbitration is currently pending before the AAA under Case Number 01-18-0003-9734, and Amazon has appeared through counsel in that arbitration.

19. Amazon denies the allegations in this paragraph. After filing this Complaint, Plaintiff initiated an arbitration with the AAA regarding this dispute pursuant to the parties' binding arbitration agreement and the arbitration is currently

ANSWER TO COMPLAINT
4816-0733-2480v.1 0051461-002158

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

pending before the AAA under Case Number 01-18-0003-9734, and Amazon has appeared through counsel in that arbitration.

20. Amazon reincorporates its responses to the allegations contained in the above paragraphs as if fully stated here.

21. Amazon denies the allegations in this paragraph, except that Amazon admits that the parties' agreement contains a binding arbitration provision.

22. Amazon denies the allegations in this paragraph.

23. Amazon denies the allegations in this paragraph and denies that Plaintiff is entitled to any relief.

24. Amazon reincorporates its responses to the allegations contained in the above paragraphs as if fully stated here.

25. Amazon denies the allegations in this paragraph.

26. Amazon denies the allegations in this paragraph.

27. Amazon denies the allegations in this paragraph.

28. Amazon denies the allegations in this paragraph and denies that Plaintiff is entitled to any relief.

29. Amazon denies the allegations in this paragraph.

30. Amazon denies the allegations in this paragraph and denies that Plaintiff is entitled to any relief.

31. Amazon denies the allegations in this paragraph and denies that Plaintiff is entitled to any relief.

32. Amazon reincorporates its responses to the allegations contained in the above paragraphs as if fully stated here.

33. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, denies them.

34. Amazon denies the allegations in this paragraph.

35. Amazon denies the allegations in this paragraph.

36. Amazon denies the allegations in this paragraph.

ANSWER TO COMPLAINT
4816-0733-2480v.1 0051461-002158

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

37. Amazon denies the allegations in this paragraph and denies that Plaintiff is entitled to any relief.

38. Amazon denies the allegations in this paragraph and denies that Plaintiff is entitled to any relief.

39. Amazon denies the allegations in this paragraph and denies that Plaintiff is entitled to any relief.

## PRAYER

Amazon denies that Plaintiff is entitled to any of the requested relief and avers that this dispute is subject to the parties' binding arbitration agreement. Specifically,

A. As to the First Cause of Action, Amazon denies that Plaintiff is entitled to the relief requested.

B. As to the Second Cause of Action, Amazon denies that Plaintiff is entitled to the relief requested.

C. As to the Third Cause of Action, Amazon denies that Plaintiff is entitled to the relief requested.

## AFFIRMATIVE DEFENSES

Amazon alleges the following affirmative defenses. By alleging these affirmative defenses, Amazon is not in any way conceding that it bears the burden of proof or persuasion on any of these issues. Amazon reserves the right to supplement, amend, or modify these affirmative defenses, as appropriate, based on information obtained during the course of this litigation.

1. The Complaint is barred, in whole or in part, by Plaintiff's agreement to arbitrate all disputes or claims relating in any way to the Business Solutions Agreement and/or its use of Amazon's services. (*See* Complaint ¶ 13, quoting arbitration provision.)

2. The Court lacks subject matter jurisdiction over this controversy.

4

ANSWER TO COMPLAINT
4816-0733-2480v.1 0051461-002158

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

3. The Complaint is barred, in whole or in part, because, after filing this Complaint, Plaintiff initiated arbitration with the AAA regarding this dispute pursuant to the parties' binding arbitration agreement and the arbitration is currently pending before the AAA under Case Number 01-18-0003-9734.

4. The Complaint fails to state a claim for which relief can be granted.

5. The Complaint is barred, in whole in part, by the terms of the parties' Business Solutions Agreement and/or the parties' other applicable agreements.

6. The Complaint is barred, in whole or in part, by the doctrine of unclean hands.

7. Any damages suffered by Plaintiff are the result of its own conduct. Accordingly, Plaintiff is not entitled to recover any damages from Amazon. Alternatively, Plaintiff's recovery must be reduced in proportion to its own share of contributory fault for the damages it claims to have suffered.

8. The Complaint is barred, in whole or in part, by the applicable statute of limitations and/or filing periods

9. Plaintiff's claims are barred, in whole or in part, by the doctrines of laches, estoppel, waiver, and/or unclean hands.

9. The Complaint is barred, in whole or in part, because Plaintiff failed to mitigate its alleged damages, if any.

Amazon reserves the right to amend this Answer to allege additional affirmative defenses if subsequent investigation warrants.

5

ANSWER TO COMPLAINT
4816-0733-2480v.1 0051461-002158

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## **PRAYER**

Amazon respectfully requests that the Complaint be dismissed with prejudice and that it be awarded costs, including reasonable attorneys' fees along with such other and further relief as the Court may deem just and proper.

DATED: September 17, 2018

DAVIS WRIGHT TREMAINE LLP
MAYA DHARWARKAR

By: _____*/s/* Maya Dharwarkar_____
Maya Dharwarkar
Attorneys for Amazon Defendants

6

ANSWER TO COMPLAINT
4816-0733-2480v.1 0051461-002158

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899