YOHAN LEE (SBN 259271)
ylee@yleelaw.com
JAKE Y. JUNG (SBN 297686)
jakejung@yleelaw.com
LAW OFFICES OF YOHAN LEE
5681 Beach Boulevard, Suite 200
Buena Park, California 90621
Telephone:  (714) 523-2700
Facsimile:   (714) 523-7100

Attorneys for Plaintiff
HEALTHAVE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| HEALTHAVE, INC., a California corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>AMAZON SERVICES, LLC, a Nevada corporation; AMAZON SERVICES CONTRACTS, INC., a Delaware corporation; AMAZON PAYMENTS, INC., a Delaware corporation; AMAZON CAPITAL SERVICES, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO.: 8:18-cv-01466<br><br>**STIPULATION OF DISMISSAL OF CLAIMS BY PLAINTIFF HEALTHAVE, INC. PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)(A)(ii)**<br><br>Judge:  Honorable Cormac J. Carney |

STIPULATION

1

1  WHEREAS, on January 18, 2019, the parties stipulated under Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) that the claims and causes of action of Plaintiff Healthave, Inc. be dismissed with prejudice.

NOW THEREFORE, Plaintiff HEALTHAVE, INC. ("Plaintiff") and Defendants AMAZON SERVICES, LLC; AMAZON SERVICES CONTRACTS, INC.; AMAZON PAYMENTS, INC.; and AMAZON CAPITAL SERVICES, INC. (collectively, "Defendants") through their undersigned counsel, hereby stipulate under Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) that the claims and causes of action of Plaintiff are dismissed with *prejudice*.

IT IS SO STIPULATED.

Dated:  February 6, 2019

LAW OFFICES OF YOHAN LEE

By: */s/ Jake Y. Jung*
     Yohan Lee
     Jake Y. Jung

Attorneys for Plaintiff
HEALTHAVE, INC.

Dated:  February 6, 2019

DAVID WRIGHT TREMAINE LLP

By:  /s/ *Maya C. Dharwarkar*
     Scott R. Commerson
     Maya C. Dharwarkar

Attorneys for Defendants Amazon Services, LLC; Amazon Services Contract, Inc.; Amazon Payments, Inc.; and Amazon Capital Services, Inc.

STIPULATION
2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Respectfully submitted,

Dated: February 6, 2019                           By: */s/Jake Y. Jung*

                                                  Jake Y. Jung

STIPULATION
3