1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| HEALTHAVE, INC., a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>AMAZON SERVICES, LLC, a Nevada corporation; AMAZON SERVICES CONTRACTS, INC., a Delaware corporation; AMAZON PAYMENTS, INC., a Delaware corporation; AMAZON CAPITAL SERVICES, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO.: 8:18-cv-01466-CJC (DFMx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF CLAIMS BY PLAINTIFF HEALTHAVE, INC. PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)(A)(ii)**<br><br>Judge:  Honorable Cormac J. Carney |

Having reviewed the Joint Stipulation re Dismissal of Claims by Plaintiff Healthave, Inc., and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.     Plaintiff Healthave, Inc.'s claims and causes of action against Defendants AMAZON SERVICES, LLC, AMAZON SERVICES CONTRACTS, INC., AMAZON PAYMENTS, INC., and AMAZON CAPITAL SERVICES, INC. shall be dismissed with prejudice.

Dated:  February 7, 2019

_____
Honorable Cormac J. Carney
Judged of the United States District Court